No. 99–7889. HOLMES *v.* DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Motion of petitioner for leave to proceed *in forma*

*pauperis* denied. Petitioner is allowed until March 27, 2000, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.